1   **[Counsel for filing parties listed on signature page]**

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

12   JOE KINDER and BRANDON MOSS, on          Case No. 4:22-cv-00601-KAW
     behalf of themselves and all others similarly
13   situated and the general public,          **JOINT STIPULATION FOR
                                                EXTENSION OF TIME TO RESPOND
14                    Plaintiffs,               TO COMPLAINT**

15          v.

16   DJI TECHNOLOGY, INC.; SZ DJI
     TECHNOLOGY CO., LTD.,
17
                      Defendants.
18

19

20

21          Pursuant to F.R.C.P. Rule 12 and Civil L.R. 6-1, Plaintiffs Joe Kinder and Brandon Moss

22   ("Plaintiffs") and Defendant DJI Technology, Inc. ("Defendant") (collectively "the Parties"),

23   submit this Joint Stipulation for Extension of Time for Defendant to file its answer or otherwise

24   respond to Plaintiffs' Class Action Complaint (Dkt. No. 1).

25          The Parties have met and conferred, and have agreed that the deadline for Defendant to

26   answer or otherwise respond to Plaintiffs' Class Action Complaint be extended for 30 days, from

27   May 19, 2022 to June 21, 2022.

28          The Parties therefore stipulate as set forth above.

DATED:  May 18, 2022                                        Respectively submitted,


By:  */s/ Reuben D. Nathan*                           By:  */s/ Andrew S. Wong*
Reuben D. Nathan (SBN 208436)                     Andrew S. Wong (SBN 198227)
rnathan@nathanlawpractice.com                      andrew.wong@dechert.com
**NATHAN & ASSOCIATES, APC**                      **DECHERT LLP**
2901 West Coast Highway, Suite 200                US Bank Tower
Newport Beach, CA  92663                            633 West 5th Street, Suite 4900
Telephone:        (949) 270-2798                       Los Angeles, CA  90071-2032
Facsimile:        (949) 209-0303                        Telephone:        (213) 808-5700
                                                                    Facsimile:        (213) 808-5760
Matthew Righetti (SBN 121012)
matt@righettilaw.com                                    Christina Guerola Sarchio (*pro hac vice*)
John Glugoski (SBN 191551)                           christina.sarchio@dechert.com
jglugoski@righettilaw.com                              **DECHERT LLP**
**RIGHETTI GLUGOSKI, PC**                          1900 K Street, NW
220 Halleck Street, Suite 220                         Washington, D.C.  20006-1110
San Francisco, CA  94129                              Telephone:        (202) 261-3300
Telephone:        (415) 983-0900                       Facsimile:        (202) 261-3333
Facsimile:        (415) 397-9005

Attorneys for Plaintiffs                                   Matthew F. Williams (SBN 323775)
JOE KINDER and BRANDON MOSS             matthew.williams@dechert.com
                                                                    **DECHERT LLP**
                                                                    One Bush Street, Suite 1600
                                                                    San Francisco, CA  94104-4446
                                                                    Telephone:        (415) 262-4500
                                                                    Facsimile:        (415) 262-4555

                                                                    Attorneys for Defendant
                                                                    DJI TECHNOLOGY, INC.


**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this

document has been obtained from the other signatories.

DATED:  May 18, 2022                                        */s/ Andrew S. Wong*
                                                                            Andrew S. Wong