**NATHAN & ASSOCIATES, APC**
Reuben D. Nathan (SBN 208436)
*rnathan@nathanlawpractice.com*
2901 W. Coast Highway, Suite 200
Newport Beach, California 92663
Tel: (949) 270-2798
Fax: (949) 209-0303

Matthew Righetti, Esq. (SBN 121012)
matt@righettilaw.com
John Glugoski, Esq. (SBN 191551)
jglugoski@righettilaw.com
**RIGHETTI GLUGOSKI, PC**
220 Halleck Street, Suite 220
San Francisco, California 94129
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs, JOE KINDER and
BRANDON MOSS, And the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE KINDER and BRANDON MOSS, on behalf of themselves and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>DJI TECHNOLOGY, INC.; SZ DJI TECHNOLOGY CO., LTD.<br><br>Defendants. | Case No.: 4:22-cv-00601-KAW<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT**<br><br>Date: August 2, 2022<br>Time: 1:30 p.m.<br><br>Court:<br>1301 Clay Street<br>Oakland, CA 94612 |

- 1 -
**PLAINTIFFS' CASE MANAGEMENT STATEMENT**

Plaintiffs JOE KINDER and BRANDON MOSS ("Plaintiffs") submit this Case Management Statement in advance of the Further Case Management Conference scheduled on August 2, 2022 at 1:30 p.m.

1. **Statement of the Case**

Plaintiffs bring this putative class action against Defendants for damages sustained by Plaintiff and the putative class, based on the Defendants' violation of California Consumers Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.*; California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*; California's False Advertising Law, Cal. Bus. & Prof. Code §§ 17500, *et seq.*; for Breach of Express Warranty, Cal. Com. Code § 2313(1); for Fraud; for Negligent Misrepresentation; and for Unjust Enrichment.

On April 28, 2022, Defendant DJI TECHNOLOGY, INC. ("DJI TECH") was served with the Summons and Complaint.

On May 18, 2022, Plaintiffs and DJI TECH filed the Joint Stipulation for Extension of Time to Respond to Complaint.

On May 25, 2022, Plaintiffs dismissed Defendant DJI TECH without prejudice, having learned through DJI TECH'S counsel that DJI TECH is not a proper defendant or responsible entity in this action.

2. **Other issues:**

On July 13, 2022, Plaintiffs filed the Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3), requesting leave from this Court to serve Defendent SZ DJI TECHNOLOGY CO., LTD. ("SZ DJI"), a foreign corporation located at Shenzhen, China with the Summons and Complaint via electronic mail. Plaintiffs' Motion for Electronic Service of Process is currently set to be heard on September 1, 2022 at 1:30 p.m.

//

//

**PLAINTIFFS' CASE MANAGEMENT STATEMENT**

Plaintiffs request that this Honorable Court continue the Case Management Conference for ninety (90) days to allow a determination from this Court as to whether it will grant Plaintiffs leave to serve SZ DJI with the Summons and Complaint via electronic mail.

Dated: July 19, 2022          **NATHAN & ASSOCIATES, APC**

By: */s/ Reuben D. Nathan*
Reuben D. Nathan
Attorneys for Plaintiffs, JOE KINDER and BRANDON MOSS and the Proposed Class