Reuben D. Nathan, Esq. (SBN 208436)
Email: rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
2901 West Coast Highway, Suite 200
Newport Beach, California 92663
Telephone: (949) 270-2798
Facsimile: (949) 209-0303

John Glugoski, Esq. (SBN 191551)
jglugoski@righettilaw.com
**RIGHETTI GLUGOSKI, PC**
2001 Union Street, Suite 400
San Francisco, California 94123
Telephone: (415) 983-0900
Facsimile: (415) 397-9005

Attorneys for Plaintiffs BRANDON MOSS and LEIF KIRCHOFF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MOSS, and LEIF KIRCHOFF on behalf of themselves and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>DJI TECHNOLOGY, INC.; DJI CREATIVE STUDIO LLC<br><br>Defendants. | Case No. 4:22-cv-00601-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, SZ DJI TECHNOLOGY CO., LTD., ONLY, WITHOUT PREJUDICE**<br><br>**[PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)]** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

    Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, Brandon Moss and Leif Kirchoff hereby dismiss Defendant, SZ DJI TECHNOLOGY CO., LTD., ONLY, without prejudice.

Dated: January 16, 2024

Respectfully submitted,
NATHAN & ASSOCIATES, APC

By: s/ Reuben D. Nathan
Reuben D. Nathan, Esq.
rnathan@nathanlawpractice.com
2901 W. Coast, Suite 200
Newport Beach, California 92663
Telephone: (949)270-2798

Matthew Righetti, Esq. (SBN 121012)
matt@righettilaw.com
John Glugoski, Esq. (SBN 191551)
jglugoski@righettilaw.com
RIGHETTI GLUGOSKI, PC
2001 Union Street, Suite 400
San Francisco, California 94123
Telephone:  (415) 983-0900
Facsimile:   (415) 397-9005

Attorneys for Plaintiffs,
BRANDON MOSS, and
LEIF KIRCHOFF